AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Abran Martinez<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>H16-1619M |

**FILED**
Southern District of Texas
NOV - 1 2016
David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/29/2016__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 Unites States Code, Section 751(a), Escape | Did knowingly escape from the custody of an institution or facility, namely the Leidel Comprehensive Sanctions Center in Houston, Texas, in which he was confined by direction of the Attorney General, or by virtue of any process issued under the laws of the United States by any Court, Judge, or Magistrate Judge, namely, a Judgment and Commitment of the United States District Court for the Southern District of Texas upon conviction of a felony offense. |

This criminal complaint is based on these facts:
See affidavit

☑ Continued on the attached sheet.

*approved for filing*
AUSA

_____
*Complainant's signature*

Joseph D. Castro
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 1, 2016

City and state:  Houston, Texas

_____
*Judge's signature*

Frances H. Stacy, U.S. Magistrate Judge
*Printed name and title*

Affidavit in Support of Criminal Complaint

I, Joseph Castro, being duly sworn hereby depose and state:

1.  That I am a Deputy United States Marshal with the United States Marshal Service in Houston, Texas and have been employed in this capacity since March of 2011.

2.  During my employment with the United States Marshal Service, I have trained in investigations relating to the escape of federal prisoners. I am currently assigned to the US Marshals transportation and civil division in the Houston Office. Prior to being transferred to the Houston Division, I was assigned to court operations and the Gulf Coast Violent Offender and Fugitive Task Force (GCVOFTF) in the Brownsville Division, where I conducted numerous investigations in fugitive apprehension.

3.  Prior to my employment with the United States Marshal Service, I was employed as a detective at the League City Police Department in Galveston County, Texas. I was employed with the League City Police Department on January of 2001, where I conducted numerous criminal investigations, including filing and obtaining felony criminal charges and search warrants. I attended the Basic Texas Peace Officers academy in Alvin, Texas in 2001, and since have received over 1400 hours of academic police training to included search and seizure, 4th amendment, ethics of police, asset forfeiture, investigations training, etc.

4.  This affidavit is prepared in conjunction with the request for a complaint and arrest warrant for Abran Martinez who escaped from the Federal Bureau of Prisons, Leidel Comprehensive Sanctions Center (CSC), 1819 Commerce Street, Houston, Texas 77002 at approximately 8:30 PM on 10/29/2016

5.  Leidel CSC is a privately operated halfway house contracted by the United States Bureau of Prisons to house federal prisoners. On August 25th, 2016 Abran Martinez was placed in the Leidel CSC facility by the United States Bureau of Prisons to serve the remainder of his federal sentence, which was scheduled for November 23rd, 2016.

6.  On October 29th, 2016 Abran Martinez was scheduled and ordered to return to the Leidel CSC, after completing work at Bella Produce in Houston texas, no later than 8:30 PM. I was notified by Officer La Tanya Robinson (BOP) at approximately 11:08 PM on 10/29/2016 that Abran Martinez never returned and was listed as an escaped federal prisoner. I went to Leidel CSC on October 30th, 2016 at approximately 9:00 AM and verified that Abran Martinez was not at the location and never returned. I attempted to contact Abran Martinez via his cellphone but received his voicemail box. I left a message and also made several other attempts to call/locate Abran Martinez, with negative results. Abran Martinez was entered into the National Crime Information center (NCIC) as an escaped prisoner on October 30th, 2016 at approximately 10:30 AM. As of October 31, 2016 4:00 PM Abran Martinez is still listed as an escaped prisoner.

6.  Based on the fugitive investigation, I believe that Abran Martinez has escaped from the Leidel Comprehensive Sanctions Center.

7.     I believe that probable cause exists to believe that Abran Martinez violated Title 18, United States Code, Section 751(a); Escape.

                                            Joseph D. Castro, Deputy U.S. Marshal
                                            United States Marshal Service

Sworn to before me this ____1____ day of November 2016, and I find probable cause.

                                            Frances Stacy
                                            United States Magistrate Judge